473 A.2d 653

King, Appellant, v. Palguta.

Argued March 30, 1983. Jon Mark Lewis, for appellant; Orville L. Hardman, for Brooks, appellee; John Joseph Dirienzo, Jr., for Caver, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.